

# A&G Coal Corporation
P.O. Box 1010 Wise, Va 24293
Phone:276-328-3421 Fax:276-328-8225

February 20, 2008

Integrity International Corp.
905 Marconi Avenue
Ronkonkoma, NY 11779

Re: Termination and Breach of Contract

Dear Sirs:

Meg-Lynn Land Company entered into a coal purchase order with you dated 12/28/2006, which was revised on 1/19/2007, for a schedule of January through December 31, 2007 for 120,000 net tons of the Imboden Seam. Orders under that contract were as follows:

|    | Date Shipped | Actual Tons | Payments     | Date Paid |
|----|--------------|-------------|--------------|-----------|
| 1. | 12/27/2006   | 3,297.20    | $158,000.00  | 01-04     |
| 2. | 2/8/2007     | 2,945.00    | 158,000.00   | 02-13     |
| 3. | 3/9/2007     | 3,026.35    | 150,000.00   | 03-13     |
| 4. | 5/8/2007     | 2,557.20    | 158,000.00   | 05-10     |
| 5. | 7/10/2007    | 3,150.90    | 201,035.87   | 08-17     |
| 6. | 7/13/2007    | 2,960.60    | 180,510.66   | 08-09     |
| 7. | 7/19/2007    | 3,225.85    | none         |           |
| 8. | 7/24/2007    | 3,249.60    | none         |           |
| 9. | 7/31/2007    | 2,881.35    | 604,756.40   | 08-30     |
| 10.| 8/6/2007     | 3,146.30    | none         |           |
| 11.| 8/6/2007     | 99.30       | none         |           |
| 12.| 8/13/2007    | 2,828.00    | 361,918.27   | 09-18     |
| 13.| 8/15/2007    | 3,104.80    | none         |           |
| 14.| 8/17/2007    | 3,119.10    | 404,246.40   | 09-24     |
| 15.| 8/21/2007    | 2,880.00    | 206,204.80   | 09-24     |
| 16.| 8/23/2007    | 3,020.35    | 193,302.40   | 10-02     |
| 17.| 10/26/2007   | 2,863.10    | none         |           |
| 18.| 8/6/2008     | 99.30       | 178,229.83   | 11-23     |

EXHIBIT D

Integrity has violated the terms of all purchase orders since May 8, 2007. According to the purchase orders, you were to pay eighty percent (80%) upon receipt of the bill of lading and the lab analysis. Those were furnished to you within the first few days after shipping in each case. Beginning with the July orders you ran more than four weeks late in making payments.

Secondly, the purchase order #10774 for 120,000 tons ran from January through December 31, 2007. You did not order coal in April, June, September or November. That purchase order terminated on December 31, 2007, and we do not owe you any further coal under it.

Since January 2008 we have failed to receive payment in a timely fashion for any shipped coal. We cannot do business with brokers unable to pay pursuant to the terms of their purchase orders. Should you wish to discuss this matter, please call me.

         A & G COAL CORPORATION
         MEG-LYNN LAND COMPANY, INC.

         *Jerry W. Wharton*

By:    JERRY W. WHARTON
       PRESIDENT

CC:    Elsey A. Harris III, Esquire
        Freddie Dean, CPA