# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| A & G COAL CORPORATION, ET AL., | ) ) ) |
| Plaintiffs, | ) Case No. 2:08CV00052 ) ) **FINAL ORDER** |
| v. | ) ) |
| INTEGRITY COAL SALES, INC., | ) By: James P. Jones ) Chief United States District Judge ) |
| Defendant. | ) ) |

For the reasons stated in the Opinion accompanying this Final Order, it is hereby **ORDERED** that the defendant's Motion to Dismiss is GRANTED, and this action is DISMISSED.

The clerk will close the case.

ENTER: March 6, 2009

/s/ JAMES P. JONES
Chief United States District Judge